**STATE of Missouri, Respondent,**

v.

**Larry BRADSHAW, Defendant/Appellant.**

No. ED 101772

Missouri Court of Appeals,
Eastern District,
Division One.

FILED: September 1, 2015

Kevin Blain Gau, Missouri Public Defender Office, 1010 Market Street, Suite

court declared a mistrial as to one count of sexual assault when the jury could not render a verdict on that charge.

100, St. Louis, MO 63101, Attorney for Appellant.

Chris Koster, Attorney General, Daniel Neal McPherson, Assistant Attorney General, P.O. Box 899, Jefferson City, MO 65102, Attorney for Respondent.

Before Robert G. Dowd, P.J., Mary K. Hoff, J., and Roy L. Richter, J.

### ORDER

#### PER CURIAM

Larry Bradshaw (Defendant) appeals from the judgment upon his convictions following jury trial for one count of third-degree domestic assault, in violation of Section 565.074, RSMo 2000,[1] and one count of unlawful use of a weapon, in violation of Section 571.030.[2] The trial court sentenced Defendant as a prior and persistent offender to concurrent terms of one year's imprisonment on the domestic assault conviction and seven years' imprisonment on the unlawful use of a weapon conviction. We affirm.

We have reviewed the briefs of the parties, the legal file, and the record on appeal and find the claims of error to be without merit. No error of law appears. An extended opinion reciting the detailed facts and restating the principles of law applicable to this case would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

---

1. Unless otherwise indicated, all further statutory references are to RSMo 2000 as amended.

2. The jury found Defendant not guilty of one count of first-degree domestic assault, Section 565.072, and not guilty of one count of armed criminal action, Section 571.015.